# United States Bankruptcy Court
# District of Puerto Rico

IN RE:                                                         Case No. **10-02159**

**MELERO, ALFREDO**                      Chapter **13**

Debtor(s)

## July 5, 2011 CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: **7/05/2011**
  x PRE ☐ POST-CONFIRMATION      Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | x | | = $ | |
|---|---|---|---|---|---|
| **192.38** | | **8** | | **1,539.04** | |
| **350.38** | | **19** | | **6,657.22** | |
| **550.38** | | **33** | | **18,162.54** | |

TOTAL: $ **26,358.80**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ **600** x **33** = $ **19,800**

PROPOSED BASE: $ **46,158.80**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**BANCO POPULAR** see claim 3
5. ☐ Other: _____
6. ☐ Debtor otherwise maintains regular payments directly to: _____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **1,000.00**

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**Debtors maintains regular payments directly to: Daniela Isabel Melero (Daughter), for child support and to Alma Pereira for ex-spouse pension.**

Periodic payments ($600 x 33) will be paid by Debtor's sister in months 27 through 60. This amount will be repaid from Debtor's share of his parents' estate when it vests after their demise.

Signed: **/s/ ALFREDO MELERO AMADO**
        Debtor

_____
Joint Debtor

Attorney for Debtor **Carlos E. Rodriguez-Quesada**        Phone: _____

July 5, 2011 CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only