IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ALFREDO MELERO AMADO

CASE NO 10-02159-BKT

CHAPTER 13

DEBTOR(S)

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **February 10, 2011**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation of the estate is: $0.00

AMENDED PLAN DATE: July 05, 2011      PLAN BASE: $46,158.80

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 7/18/2011

☐ FAVORABLE         [X] UNFAVORABLE

1. ☐ FEASIBILITY 11 USC § 1325(a)(6):

2. [X] INSUFFICIENTLY FUNDED § 1325(b):
   to pay priorities.

3. ☐ UNFAIR DISCRIMINATION § 1322(b):

4. ☐ FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. ☐ FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. ☐ DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:
   Pending: 1) debtor has objected dso claim #9, but has another dso claim #6-2 that along with the other priorities, attorney and trustee fees makes the plan insufficiently, eventhough if objection to claim #9 is granted; 2) must clarify the attorney fees balance: $2,000 in amended 2016 and $1,000 in amended plan.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee: $3,000.00 /$1,000.00/$2,000.00

Atty: CARLOS RODRIGUEZ

/s/ Osmarie Navarro Martínez
Osmarie Navarro Martínez
USDC # 222611
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062